| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2015 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Morgan, Henry C. | 2. Court or Organization<br><br>U.S. District Court, EDVA | 3. Date of Report<br><br>11/17/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Senior Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |
| 7. Chambers or Office Address<br><br>600 Granby Street, Room 307<br>Norfolk, Virginia 23510 | | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Henry C. | 11/17/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2015 | Regent University, Adjunct Professor | $6,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Virginia CLE | 01/06/2015 - 01/08/2015 | Charlottesville, VA | Educational Seminar | Transportation, Lodging, Meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Henry C. | 11/17/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Henry C. | 11/17/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. UBS Financial Services Accounts (H) | | | | | | | | | |
| 2. UBS Financial Services - IRA Rollover (H) | D | Int./Div. | M | T | | | | | |
| 3. - Diageo Capital PLC (Common) | | | | | | | | | |
| 4. - JPMorgan Chase & Co (Common) | | | | | | | | | |
| 5. - Marathon Oil Corp. (Common) | | | | | | | | | |
| 6. - Mylan N V Eur (Common) | | | | | Buy | 08/12/15 | J | | |
| 7. - Price T Rowe Group Inc (Common) | | | | | | | | | |
| 8. - Qualcomm, Inc. (Common) | | | | | Buy | 01/05/15 | J | | |
| 9. - Qualcomm, Inc. (Common) | | | | | Sold | 08/17/15 | J | | |
| 10. - Quest Diagnostics Inc. (Common) | | | | | Redeemed | 04/09/15 | J | | |
| 11. - TowneBank Portsmouth VA (Convertible Note) | | | | | Buy (add'l) | 12/18/15 | K | | |
| 12. - United Technologies Corp. (Common) | | | | | Buy | 01/05/15 | J | | |
| 13. - Verizon Communications (Common) | | | | | | | | | |
| 14. UBS Financial Services, Roth IRA 1 (H) | A | Int./Div. | O | T | | | | | |
| 15. -TowneBank Portsmouth VA (Common) | | | | | Buy (add'l) | 12/18/15 | K | | |
| 16. UBS Financial Services, Roth IRA 2 (H) | D | Int./Div. | N | T | | | | | |
| 17. - Apple Inc. (Common) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Boeing Company (Common) | | | | | | | | | |
| 19. - EcoLab Inc. (Common) | | | | | | | | | |
| 20. - Emerson Electric Co. (Common) | | | | | | | | | |
| 21. - Google Inc. (Common) | | | | | | | | | |
| 22. - Intel Corp (Common) | | | | | | | | | |
| 23. - iRobot Corp. (Common) | | | | | | | | | |
| 24. - Microsoft Corp. (Common) | | | | | | | | | |
| 25. - Rare Element Resources Ltd. (Common) | | | | | | | | | |
| 26. - Seadrill Ltd US (Common) | | | | | | | | | |
| 27. - Yum! Brands Inc. (Common) | | | | | Sold | 10/09/15 | J | | |
| 28. - TowneBank Portsmouth VA (Common) | | | | | Buy (add'l) | 12/18/15 | K | | |
| 29. TowneBank Checking Account | A | Interest | K | W | | | | | |
| 30. Davenport Trust Company Accts. (H) | D | Int./Div. | M | T | | | | | |
| 31. - Abbott Labs (Common) | | | | | | | | | |
| 32. - Abbvie Inc. (Common) | | | | | Buy | 02/04/15 | J | | |
| 33. - Altria Group (Common) | | | | | | | | | |
| 34. - Ambarella Inc (Common) | | | | | Buy (add'l) | 02/04/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Morgan, Henry C. | 11/17/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   - Ambarella Inc (Common) | | | | | Sold (part) | 06/08/15 | J | C | |
| 36.   - Ambarella Inc (Common) | | | | | Sold | 06/22/15 | J | D | |
| 37.   - Amgen Inc. (Common) | | | | | Buy | 06/22/15 | J | | |
| 38.   - Apple Inc (Common) | | | | | | | | | |
| 39.   - AT&T (Common) | | | | | Sold (part) | 03/11/15 | J | | |
| 40.   - BCE, Inc. (Common) | | | | | Sold | 06/22/15 | J | | |
| 41.   - BP PLC (Common) | | | | | Buy | 04/09/15 | J | | |
| 42.   - BP PLC (Common) | | | | | Sold | 07/30/15 | J | | |
| 43.   - Broadcom (Common) | | | | | Buy | 08/18/15 | J | | |
| 44.   - Chevron (Common) | | | | | Sold | 07/30/15 | J | | |
| 45.   - DNP Select (Common) (Y) | | | | | | | | | |
| 46.   - Dollar Tree Corporation (Common) | | | | | | | | | |
| 47.   - Ellie Mae, Inc. (Common) | | | | | Buy | 06/08/15 | J | | |
| 48.   - Energy Transfer Partnership (Partnership) (X) | | | | | Sold | 11/18/15 | J | | |
| 49.   - Fleetmatics (Common) | | | | | Buy | 05/01/15 | J | | |
| 50.   - Fleetmatics (Common) | | | | | Sold | 12/14/15 | J | | |
| 51.   - Home Depot (Common) (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Henry C. | 11/17/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - iRobot Corp (Common) (X) | | | | | | | | | |
| 53. - Magellan Health Inc. (Common) | | | | | Buy | 05/15/15 | J | | |
| 54. - Magellan Health Inc. (Common) | | | | | Sold | 07/30/15 | J | | |
| 55. - Merck & Company (Common) | | | | | | | | | |
| 56. - National Grid PLC (X) | | | | | | | | | |
| 57. - Packaging Corp of America (Common) | | | | | Buy | 11/19/15 | J | | |
| 58. - Palo Alto Networks Inc (Common) | | | | | Sold | 07/07/15 | K | C | |
| 59. -Philip Morris Untl Inc. (Common) | | | | | Buy | 12/07/15 | J | | |
| 60. - Qorvo Inc. (Common) | | | | | Buy | 04/14/15 | J | | |
| 61. - Qorvo Inc. (Common) | | | | | Sold | 07/30/15 | J | | |
| 62. - Roche Holding Limited (Common)(Y) | | | | | | | | | |
| 63. - Skyworks Solutions Inc. (Common) | | | | | Sold | 07/07/15 | K | D | |
| 64. - TowneBank Portsmouth (Common) | | | | | Sold (part) | 06/22/15 | K | D | |
| 65. -Tyson Foods Inc. (Common)(X) | | | | | Buy | 02/10/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Henry C. | 11/17/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. Line 51 (2014 Amended Report) which is now Line 52 (2015 Amended Report) has been corrected to reflect (X).

Part VII. Line 49 (2014 Amended Report) which is now Line 45 (2015 Amended Report) has been corrected to reflect (Y).

Part VII. Lines 62 and 63 (2014 Amended Report) should have reflected Sold on 02/24/14 as opposed to Sold (part). Although there were two separate transactions, all of the common stock for Seadrill Ltd. was sold on 02/24/14.

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Henry C. | 11/17/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Henry C. Morgan**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544